FILED

2008 AUG -4 PM 12: 23

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LUIS COSTILLO | | CASE NUMBER |
| | PLAINTIFF(S) | CV08- 5082 VBF (FMO) |
| V. | | |
| L. SMALL, WARDEN | | NOTICE OF REFERENCE TO A UNITED STATES MAGISTRATE JUDGE (Petition for Writ of Habeas Corpus) |
| | DEFENDANT(S) | |

Pursuant to General Order 07-02, the within action has been assigned to the calendar of the Honorable Valerie Baker Fairbank, U.S. District Judge. Pursuant to General Order 05-07, the within action is referred to U.S. Magistrate Judge Fernando M. Olguin, who is authorized to consider preliminary matters and conduct all further hearings as may be appropriate or necessary. Thereafter, unless the Magistrate Judge determines that an evidentiary hearing is required, the Magistrate Judge shall prepare a report and recommendation and file it with the Clerk of the Court which may include proposed findings of fact and conclusions of law where necessary or appropriate, and may include a proposed written order or judgment, which shall be mailed to the parties for objections.

Pleadings and all other matters to be called to the Magistrate Judge's attention shall be formally submitted through the Clerk of the Court.

The Court must be notified within fifteen (15) days of any address change. If mail directed by the clerk to your address of record is returned undelivered by the Post Office, and if the Court and opposing counsel are not notified in writing within fifteen (15) days thereafter of your current address, the Court may dismiss the petition with or without prejudice for want of prosecution.

Clerk, U.S. District Court

August 4, 2008                     By    CPOWERS
Date                                     Deputy Clerk