# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:08−cv−05082−VBF−FMO

Luis Costillo v. L. Small  
Assigned to: Judge Valerie Baker Fairbank  
Referred to: Magistrate Judge Fernando M. Olguin  
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 08/04/2008  
Date Terminated: 08/06/2008  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question

**Petitioner**

**Luis Costillo**  
*also known as*  
Luis Castillo

represented by **Luis Costillo**  
CDC C−73437  
Calipatria State Prison  
P O Box 5002  
Calipatria, CA 92233  
PRO SE

V.

**Respondent**

**L. Small**  
*Warden (A)*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/04/2008 | Ï 1 | PETITION for Writ of Habeas Corpus by a Person In State Custody (28:2254) Case assigned to Judge Valerie Baker Fairbank and referred to Magistrate Judge Fernando M. Olguin. (Filing fee $ 5 PAID.), filed by Petitioner Luis Costillo. (et) (Additional attachment(s) added on 8/6/2008: # 1 Part 1 to Petition) (et). Modified on 8/6/2008 (et). (Entered: 08/06/2008) |
| 08/04/2008 | Ï 2 | NOTICE OF REFERENCE TO A U.S. MAGISTRATE JUDGE. Pursuant to the provisions of the Local Rules, the within action has been assigned to the calendar of Judge Valerie Baker Fairbank and referred to Magistrate Judge Fernando M. Olguin to consider preliminary matters and conduct all further matters as appropriate. The Court must be notified within 15 days of any change of address. (et) (Entered: 08/06/2008) |
| 08/06/2008 | Ï 3 | ORDER by Judge Valerie Baker Fairbank transferring case to United States District Court for the Southern District of California. (MD JS−6. Case Terminated.) (Attachments: # 1 Transmittal Letter) (mr) (Entered: 08/08/2008) |