1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| LUIS CASTILLO | CASE NO. 08cv1474 JM(AJB) |
|---|---|
| Petitioner, | ORDER ADOPTING REPORT AND RECOMMENDATION |
| vs. | |
| L. SMALL, Warden, | |
| Respondent. | |

Having carefully considered Magistrate Judge Battaglia's thorough and thoughtful Report and Recommendation ("R & R") regarding the dismissal of the petition for writ of habeas as time barred, the record before the court, the absence of any objections to the R & R, and applicable authorities, the court adopts the R & R in its entirety.

In sum, the R & R is adopted in its entirety and the petition for writ of habeas corpus is dismissed. The Clerk of Court is instructed to close the file.

**IT IS SO ORDERED.**

DATED: January 23, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge

cc:     All parties